**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 03-7437

―――――――――

GERALD DAVID DAVAGE,

Petitioner - Appellant,

versus

JOSEPH M. BROOKS, Warden of Petersburg Federal
Correctional Institution,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-02-721)

―――――――――

Submitted:  December 18, 2003      Decided:  January 16, 2004

―――――――――

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Gerald David Davage, Appellant Pro Se.  Lawrence Richard Leonard,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald David Davage, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we grant Davage's motion to proceed in forma pauperis and affirm on the reasoning of the district court. See Davage v. Brooks, No. CA-02-721 (E.D. Va. Aug. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED